IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |
|---|---|
| CYNTHIA HYLAND, )<br> )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>RAYTHEON COMPANY, et al., )<br> )<br>        Defendants. )<br> ) | Civil Action No. 04-1273 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motion for Summary Judgment is GRANTED and this case is DISMISSED. It is further ORDERED that Defendants' Motion to Strike Plaintiff's demand for a jury trial is DENIED as moot.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 18, 2005